UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO: |
| VERSUS | * | JUDGE |
| RICHARD LEDET | * | MAGISTRATE JUDGE |

# COMPLAINT

Now comes the United States of America, through the United States Attorney for the Western District of Louisiana, Zachary A. Keller, and the undersigned Assistant United States Attorney, who bring this action against Richard Ledet and respectfully represents that:

1.

This Court has jurisdiction under the provisions of 28 U.S.C. § 1345 in that this is an action of a civil nature on behalf of the United States of America.

2.

The defendant, Richard Ledet ("Ledet"), is a resident of Sulphur, Louisiana, within the jurisdiction of this court.

3.

Having failed to repay the loan he received from the United States Department of Housing and Urban Development ("HUD"), Ledet is indebted unto the United States of America in the amount of $35,306.47, as more fully shown on the Certificate of Indebtedness attached hereto. (Exhibit A).

4.

The above amount is due and unpaid despite amicable demand. HUD referred Ledet's case to the United States Department of Treasury ("Treasury") for enforcement under 31 U.S.C. §

3711(g) and 3716(a), and the matter was later referred by the Treasury to the Department of Justice for litigation, pursuant to 31 U.S.C. § 3716.

5.

Ledet applied for and received a loan from the Secretary of Housing and Urban Development. On March 17, 2022, Ledet signed a Subordinate Note in the principal amount of $31,895.71 payable to the Secretary of Housing and Urban Development and its successors and assigns, which was secured by a mortgage, deed of trust or similar security instrument which protected HUD from any losses which may result from Ledet failing to the loan. Ledet has failed to repay the loan.

**FACTUAL ALLEGATIONS AND PROCEDURAL HISTORY**

6.

On December 4, 2024, HUD referred the debt to Treasury. On December 6, 2024, Treasury sent Ledet a letter after he failed to make arrangements to pay his debt, informing him that it would issue a wage garnishment order to his employer to collect the debt he did not pay, enter into a written payment agreement or request a hearing. (Exhibit B).

7.

After the debt was referred to Treasury, one (1) Treasury offset payment was received in the amount of $10,726.18.

8.

On February 5, 2026, Treasury referred this matter to the Department of Justice for appropriate action. At the time of the referral, Ledet's total amount due is $35,306.47.

9.

To date, Ledet has not paid his debt despite amicable demand as reflected on the attached letter dated December 6, 2024. (Exhibit B).

## **CONCLUSION**

10.

Ledet is indebted to the United States of America in the amount of $35,306.47. The Certificate of Indebtedness is signed under penalty of perjury by the Treasury's Financial Program Specialist and provides justification for the initiation of civil action to recover the debt owed to the United States.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff, United States of America, prays for judgment against the Ledet in the amount of $35,306.47, administrative charges and interest, and, plus interest thereafter at the legal rate until paid in full, compounded annually pursuant to the provisions of 28 U.S.C. §1961(b), as amended, together with all costs of this proceeding, including $402.00 filing fees allowed pursuant to 28 U.S.C. §2412 (a)(2); and for all just and equitable relief.

UNITED STATES OF AMERICA

ZACHARY A. KELLER
UNITED STATES ATTORNEY

By:*/s/Aaron D. Beyt*
Aaron D. Beyt (Bar Roll No. 32827)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501-6832
(337) 262-6618
Email: aaron.beyt@usdoj.gov